# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**EMMANUEL BOSTIC**                                                                            **PLAINTIFF**
*Reg #21133-043*

**v.**                                    **Case No. 2:20-cv-00179-LPR**

**BUREAU OF PRISONS**                                                                         **DEFENDANT**

## ORDER

On September 2, 2020, Plaintiff Emmanuel Bostic filed a Petition for Compassionate Release in the Eastern District of Arkansas. (Doc. 1). Mr. Bostic is currently incarcerated at FCI Forrest City Low. But the Petition does not identify the name and location of Mr. Bostic's sentencing court. Although the Clerk of the Court docketed the Petition as a petition for a writ of habeas corpus, it is clear that the Petition actually presents a motion for compassionate release. Accordingly, only the sentencing court has jurisdiction over Mr. Bostic's Petition. 18 U.S.C. § 3582(c).

On September 21, 2020, the Court issued an Order instructing either Mr. Bostic or the putative Defendant to identify the name and location of Mr. Bostic's sentencing court. (Doc. 2). The parties were given thirty (30) days to comply with the Court's Order. (*Id.*). Neither party filed a response to the Court's Order. The Court has some reason to believe that Mr. Bostic was sentenced in either the Northern or Southern District of Mississippi.[1] But without knowing for sure, the Court cannot transfer the case to the sentencing court. Consequently, the Petition (Doc. 1) is DISMISSED without prejudice for lack of jurisdiction.

---

[1] 1:2018cr00135 (Mississippi Northern District Court); 3:2018mj00631 (Mississippi Southern District Court).

2

IT IS SO ORDERED this 2nd day of November 2020.

*[signature: Lee P. Rudofsky]*
LEE P. RUDOFSKY
UNITED STATES DISTRICT COURT