**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**EMMANUEL BOSTIC**                                                              **PLAINTIFF**
*Reg #21133-043*

**v.**                                          **Case No. 2:20-cv-00179-LPR**

**BUREAU OF PRISONS**                                                          **DEFENDANT**

### JUDGMENT

In accordance with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff Emmanuel Bostic's Petition for Compassionate Release (Doc. 1) is DISMISSED without prejudice for lack of jurisdiction.

IT IS SO ADJUDGED this 2nd day of November 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT COURT